|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | MAY 18 2010 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| AMERICAN LEGAL FUNDING, L.L.C., | No. 09-15990 |
|---|---|
| Petitioner - Appellee, | D.C. No. 2:08-cv-00990-ECV<br>District of Arizona,<br>Phoenix |
| v. | |
| RAYFORD L. ETHERTON, Jr., | |
| | ORDER |
| Respondent - Appellant. | |

    Appellee American Legal Funding, L.L.C.'s unopposed motion for attorney's fees pursuant to the parties' contract is granted. Attorney's fees in the amount of $9.195.50 are awarded in favor of appellee American Legal Funding, L.L.C. and against appellant Rayford L. Etherton, Jr. *See* 9th Cir. R. 39-1.6; 9th Cir. Gen. Order 6.3(a) & App. A, ¶ 50. This order sent to the district court shall amend this court's mandate.

                                  FOR THE COURT:
                                  MOLLY C. DWYER
                                  CLERK OF COURT

                                  By: G. Martin Lewallen
                                  Staff Attorney/Deputy Clerk
                                  9th Cir. Rule 27-7
                                  General Orders/Appendix A

GML/Appellate Commissioner